ELIZABETH A. FALCONE, CA Bar No. 219084
elizabeth.falcone@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR 97201
Telephone: 503.552.2140
Facsimile: 503.224.4518

SHANNON R. CLAWSON, CA Bar No. 273699
shannon.clawson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: 415-442-4810
Facsimile: 415-442-4870

Attorneys for Defendant
TARGET CORPORATION

SHELLEY BRYANT - #222925
AMANDA B. WHITTEN - #251160
BRYANT WHITTEN, LLP
8050 North Palm Avenue, Suite 210
Fresno, California 93711
(559) 494-4910 Telephone
(559) 421-0369 Facsimile

Attorneys for Plaintiff
CHEYENNE CHRISMAN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEYENNE CHRISMAN,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Minnesota corporation, and Does 1 through 20, inclusive,<br><br>Defendant. | Case No. 2:19-CV-00003-MCE-KJN<br><br>**STIPULATION AND ORDER EXTENDING DISCOVERY CUT-OFF DATE**<br><br>Complaint Filed: November 28, 2018<br>Trial Date: None Set |

Plaintiff Cheyenne Chrisman ("Plaintiff") and Defendant Target Corporation ("Defendant"), by and through their respective counsel of record, hereby stipulate to extend the pretrial deadlines set forth in the Court's January 2, 2019 Initial Pretrial Scheduling Order [Dkt. 5] by ninety (90) days, as follows:

- Close of non-expert discovery: from December 27, 2019 to **March 26, 2020**
- Expert disclosures due: February 25, 2020 to **May 25, 2020**
- Supplemental expert disclosures due: March 26, 2020 to **June 24, 2020**
- Dispositive motions due: June 24, 2020 to **September 22, 2020**

Additionally, consistent with the Court's Initial Pretrial Scheduling Order [Dkt. 5], the parties' shall file a Joint Notice of Trial Readiness not later than thirty (30) days after receiving this Court's ruling(s) on the last filed dispositive motion, or if no dispositive motion is filed, not later than thirty (30) days after the close of the designation of supplemental expert witnesses, which falls on **July 24, 2020**.

Pursuant to Local Rule 144(b), the parties certify that this is the first extension sought with regard to the above-referenced deadlines.

///
///
///
///
///
///
///
///
///
///
///
///
///

This extension is being sought to allow the parties additional time to conduct discovery to obtain evidence to support Plaintiff's claims and Defendant's defenses to those claims, and to allow the parties to direct time and resources towards resolving the case. The extension requested herein will not prejudice any party. This request is made in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: December 10, 2019

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: /s/ Shannon R. Clawson
ELIZABETH A. FALCONE
SHANNON R. CLAWSON

Attorneys for Defendant
TARGET CORPORATION


DATED: December 9, 2019

BRYANT WHITTEN, LLP


By: /s/ Shelley G. Bryant
SHELLEY G. BRYANT
AMANDA B. WHITTEN

Attorneys for Plaintiff
CHEYENNE CHRISMAN

## ATTESTATION

Pursuant to Local Rule 131(e), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED: December 10, 2019

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: /s/ Shannon R. Clawson
ELIZABETH A. FALCONE
SHANNON R. CLAWSON

Attorneys for Defendant
TARGET CORPORATION

## ORDER

Having reviewed the Stipulation of the Parties and finding good cause, IT IS HEREBY ORDERED that the deadlines set forth in the Court's Initial Pretrial Scheduling Order [Dkt. 5] be extended as follows:

- Close of non-expert discovery:  from December 27, 2019 to **March 26, 2020**
- Expert disclosures due:  February 25, 2020 to **May 25, 2020**
- Supplemental expert disclosures due:  March 26, 2020 to **June 24, 2020**
- Dispositive motions due:  June 24, 2020 to **September 22, 2020**

Additionally, consistent with the Court's Initial Pretrial Scheduling Order [Dkt. 5], the parties are ordered to file a Joint Notice of Trial Readiness no later than thirty (30) days after receiving the Court's ruling(s) on the last filed dispositive motion, or if no dispositive motion is filed, by **July 24, 2020**.

IT IS SO ORDERED.

DATED:  January 6, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE