**SHELLEY G. BRYANT - #222925**
**BRYANT WHITTEN, LLP**
8050 North Palm Avenue, Suite 210
Fresno, California 93711
(559) 494-4910 Telephone
(559) 421-0369 Facsimile

Attorneys for Plaintiff, CHEYENNE CHRISMAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEYENNE CHRISMAN,<br><br>  Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Minnesota corporation, and Does 1 though 20, inclusive,<br><br>  Defendant. | **Case No. 2:19-CV-00003-MCE-KJN**<br><br>**STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER FRCP 41 (A)(2) – AND ORDER** |

TO THE COURT AND ALL PARTIES OF RECORD:

Plaintiff, CHEYENNE CHRISMAN, by and through her attorneys of record, and Defendant, TARGET CORPORATION, by and through its attorneys of record, hereby stipulate to dismissal of this action with prejudice, each party to bear its own attorneys fees and costs

Dated: March 23, 2020          BRYANT WHITTEN, LLP

_____
SHELLEY G. BRYANT, Attorney for Plaintiff,
CHEYENNE CHRISMAN

BRYANT WHITTEN, LLP
8050 North Palm Avenue
Suite 210
Fresno, CA 93711
559.494.4910

STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER FRCP 41 (A)(2) – AND ORDER

Case No. 2:19-CV-00003-MCE-KJN

1

2  Dated: March _____, 2020        OGLETREE, DEAKINS, NASH, SMOAK
                                   & STEWART, P.C.
3

4

5                                  _____
                                   ELIZABETH A. FALCONE
6                                  SHANNON R. CLAWSON
                                   Attorneys for Defendants, TARGET CORPORATION
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BRYANT WHITTEN, LLP
8050 North Palm Avenue
Suite 210
Fresno, CA 93711
559.494.4910

**STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER FRCP 41 (A)(2) – AND ORDER**    2.    **Case No. 2:19-CV-00003-MCE-KJN**

# **ORDER**

Based on the parties' stipulation, IT IS HEREBY ORDERED THAT the above-entitled case is DISMISSED with prejudice pursuant to FRCP 41(A)(2). Each party shall bear their own attorneys' fees and costs, and the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: April 15, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

BRYANT WHITTEN, LLP
8050 North Palm Avenue
Suite 210
Fresno, CA 93711
559.494.4910

STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER FRCP 41 (A)(2) – AND ORDER      3.      Case No. 2:19-CV-00003-MCE-KJN